1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  RENÉ A. CHACÓN
   Supervising Deputy Attorney General
5  LINDA M. MURPHY, State Bar No. 148564
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-1334
    Fax:  (415) 703-1234
8   Email:  Linda.Murphy@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL ALAS,** | C 07-3811 SI |
| Petitioner, | **APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE** |
| v. | |
| **WILLIAM SULLIVAN,** | |
| Respondent. | |

Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent hereby requests a 60-day extension of time until November 30, 2007, in which to file a response to the petition for writ of habeas corpus.  Good cause for the extension is set forth in the accompanying declaration of counsel.  I called petitioner's counsel this afternoon and left her a voicemail informing her that I intended to apply for this extension.

WHEREFORE, respondent respectfully requests that this Court grant an extension of time to and including November 30, 2007 in which to file the response.

App. for Ext. of Time to File Response

C 07-3811 SI

1

1     Dated: October 1, 2007

2                                 Respectfully submitted,

3                                 EDMUND G. BROWN JR.
                                Attorney General of the State of California

4                                 DANE R. GILLETTE
                                Chief Assistant Attorney General

5

                                GERALD A. ENGLER

6                                 Senior Assistant Attorney General

                                RENÉ A. CHACÓN

7                                 Supervising Deputy Attorney General

8

9                                 /S/

10                                LINDA M. MURPHY
                               Deputy Attorney General

11                                Attorneys for Respondent

12

13

14 20106572.wpd

    SF2007402034

15

16

17

18

19

20

21

22

23

24

25

26

27

28

App. for Ext. of Time to File Response

                                                                          C 07-3811 SI

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Alas v. Sullivan*

No.:   C 07-3811 SI

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On October 1, 2007, I served the attached **APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE; DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME; ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Hilda Ellen Scheib**
**Attorney at Law**
**P.O. Box 29098**
**San Francisco, CA 94129**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 1, 2007, at San Francisco, California.

|   Susan Chiang   |            |
| :---: | :---: |
| Declarant | Signature |

20106570.wpd