IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL ALAS,** | C 07-3811 SI |
| Petitioner, | **ORDER** |
| v. | |
| **WILLIAM SULLIVAN,** | |
| Respondent. | |

On application of counsel and good cause appearing, the time to file the response to the Order to Show Cause is extended to and including January 14, 2008.

Dated:

_____
SUSAN ILLSTON
United States District Court Judge

SF2007402034

C 07-3811 SI

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  *Alas v. Sullivan*

No.:  **C 07-3811 SI**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On November 29, 2007, I served the attached **APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE; DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME; ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Hilda Ellen Scheib**
**Attorney at Law**
**P.O. Box 29098**
**San Francisco, CA 94129**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 29, 2007, at San Francisco, California.

|   |   |
|---|---|
| _____ | _____ |
| Susan Chiang | Signature |
| Declarant |  |

40191911.wpd