1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  GREGORY A. OTT
   Deputy Attorney General
5  LINDA M. MURPHY, State Bar No. 148564
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-1334
    Fax:  (415) 703-1234
8   Email:  Linda.Murphy@doj.ca.gov

9  Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**DANIEL ALAS,**

                Petitioner,

  v.

**WILLIAMS SULLIVAN, et al.,**

                Respondents.

C 07-3811 SI

**NOTICE OF LODGING OF, AND INDEX TO, EXHIBITS**

| | | |
|---|---|---|
| Exhibit A | Clerk's Transcript | |
| Exhibit B | Reporter's Transcript | |
| Exhibit C | Petitioner's Opening Appellate Brief | |
| Exhibit D | California Court Of Appeal Decision Affirming Judgment Of Conviction | |
| Exhibit E | Petitioner's Petition For Review | |
| Exhibit F | California Supreme Court Order Denying Petition For Review | |

Notice of Lodging of, and Index to, Exhibits, *Daniel Alas v. William Sullivan, et al.*, C 07-3811 SI

1 | Dated: January 14, 2008

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General of the State of California

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 | GERALD A. ENGLER
Senior Assistant Attorney General

6 | GREGORY A. OTT
Deputy Attorney General

7 |

8 | /S/

9 |

10 | LINDA M. MURPHY
Deputy Attorney General
Attorneys for Respondent

40204798.wpd
SF2007402034

Notice of Lodging of, and Index to, Exhibits, *Daniel Alas v. William Sullivan, et al.*, C 07-3811 SI

2