United States District Court
For the Northern District of California

1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    DANIEL ALAS,                          No. C 07-3811 SI
9               Petitioner,                **ORDER RE: FILING OF TRAVERSE**
10      v.
11   WILLIAM SULLIVAN, et al.,
12              Respondents.
                                      /
13
14          By order filed February 27, 2008, the Court granted the request of petitioner's counsel for an
15   extension until April 13, 2008 to file the traverse. Petitioner has not filed a traverse, nor has petitioner
16   sought a further extension. Petitioner is directed to file a traverse no later than **August 25, 2008**, or
17   show good cause why petitioner cannot meet this deadline (and did not met the previous deadline).
18   Absent further order of the Court, the habeas petition will be deemed submitted on August 25, 2008.
19
20          **IT IS SO ORDERED.**
21
22   Dated: August 12, 2008                 _____
23                                          SUSAN ILLSTON
                                            United States District Judge
24
25
26
27
28