**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL ALAS,

    Petitioner,

  v.

WILLIAM SULLIVAN,

    Respondent.

No. C 07-3811 SI

**JUDGMENT**

The petition for writ of habeas corpus is denied.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 11, 2009

SUSAN ILLSTON
United States District Judge